BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORENDA CRAWFORD, | Case No.: 2:13-CV-02278-EFB |
| Plaintiff, | STIPULATION FOR EXTENSION |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Opening Brief be extended until June 13, 2014. Counsel for the Commissioner has been out of the office due to illness, has a backlog of cases, and needs additional time to review this case and draft responsive pleadings. Counsel makes this request in good faith and apologizes to the Court for the delay. All other dates in the Court's Scheduling Order are extended accordingly.

///

1

1

2  Date: April 28, 2014                    *Richard A. Whitaker*
3                                          (Authorized via telephone)
                                           RICHARD A. WHITAKER
4                                          Attorney for Plaintiff

5
   Dated: April 28, 2014                   BENJAMIN B. WAGNER
6                                          United States Attorney

7
                                           *Theophous H. Reagans*
8                                          THEOPHOUS H. REAGANS
9                                          Special Assistant U.S. Attorney

10
                                           Attorneys for Defendant
11

12
   IT IS SO ORDERED:
13

14
   Dated:__May 5  2014_____      _____
15
                                           EDMUND F. BRENNAN
16                                         United States Magistrate Judge

2